MARY JANE HAGNER, Respondent, *v.* AMOS C. HALL et al., Appellants.

Reported below, 10 App. Div. 581.
(Argued March 15, 1897; decided March 23, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 12, 1896, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence, and that no questions of law are presented for review.

*William J. Griffin* for motion.

*C. L. Andrus* opposed.

Motion denied, with ten dollars costs.